## GLOEKLER v. ERIE RESTAURANT EQUIPMENT CO.
### No. 4976.

Circuit Court of Appeals, Third Circuit.
Feb. 14, 1933.

Charles M. Clarke, of Pittsburgh, Pa., for appellant.

Hugh C. Lord, of Erie, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

In the court below the trial judge held patents Nos. 1,610,944 and 1,748,123 were invalid, and that defendant did not infringe. After argument and full consideration, we find no error, and the decree will therefore be affirmed. The opinion of the trial judge (2 F. Supp. 844) is so thorough and comprehensive that a further one would be but a studied effort to put in different words what has been already thus fully discussed. We therefore limit ourselves to adopting his opinion and affirming the decree entered.